IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEEROY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  2:16CV943-WHA |
| ) | (wo) |
| DARBY WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the document (Doc. #7) filed by the Plaintiff, which the court interprets to be a Motion to Reconsider the Order (Doc. #6) entered on February 28, 2017, in which the Recommendation of the Magistrate Judge was adopted and the case was dismissed prior to service of process for lack of subject matter jurisdiction.

The motion still fails to show any basis for federal court jurisdiction that would allow this court to consider his claims. Therefore, it is hereby ORDERED that the Motion to Reconsider is DENIED.

DONE this 9th day of March, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE